### HOLLIDAY *v.* JACKSON COUNTY.

FISH, P. J.   A contract made with an ordinary in behalf of the county of which he is an official is not binding upon the county, unless it is in writing and entered on his minutes.   Political Code, § 343; *Milburn* v. *Glynn County*, 109 *Ga.* 473.        *Judgment affirmed.   All the Justices concur.*

Submitted October 26,—Decided November 12, 1904.

Complaint.   Before Judge Russell.   Jackson superior court. February term, 1904.

Suit was brought on a physician's bill for medical services. The testimony showed, that a family were stricken with typhoid fever; that their neighbors presented to the ordinary, who had control and supervision of the county affairs, a petition that the county accept them as paupers; that the ordinary wrote on the petition an order accepting them as such, directed the plaintiff, a physician, to treat them at reasonable charges, and employed another person to look after them and to employ nurses, giving

this person an order for goods to relieve the emergency; and that the ordinary paid $47 out of the county funds for nursing and like expenses in the case.    The plaintiff's account was reasonable and just, but was unpaid.   Nonsuit was moved for, on the ground that the plaintiff had not proved that he had a written contract with the county.    It was granted, and the plaintiff excepted.

*Robert S. Howard*, for plaintiff, cited Pol. Code, § 437; *Ga. R.* 37/30; 94/488.

*J. S. Ayers*, for defendant, cited Pol. Code, §§ 341, 343, 362; *Ga. R.* 109/472; 112/170.